UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

LEXINGTON    Case No. 16-cr-12-JMH-EBA-1    At LEXINGTON    Date August 8, 2016

U.S.A. vs Brian Patrick Desin   x present   x custody   __bond ___OR  AGE 44

ORDER:
 Defendant appeared with counsel for rearraignment in this matter, proceedings were held as noted. The Court finds the defendant to be fully competent and capable of entering an informed plea and that he enters the plea knowingly and voluntarily. The plea of guilty as to Count 1 of the indictment is accepted and the defendant was adjudged guilty of the offenses set forth in Count 1 of the indictment. Defendant's Motion for Rearraignment (DE #33) is GRANTED.

PRESENT:    HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

Genia Denisio        Ann Banta           David A. Marye
Deputy Clerk         Court Reporter      Assistant U.S. Attorney

Counsel for Defendant: Pamela Dae Perlman   x present   x appointed   __retained

PROCEEDINGS:    **REARRAIGNMENT**

 x   Copy Indictment previously given to the defendant.
 x   Defendant states true name is Brian Patrick Desin.
     Defendant waives formal arraignment.
 x   Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.
 x   Defendant moves to CHANGE PLEA on Count 1 of indictment    x  Court grants motion.
     Defendant waives reading of Indictment-Information  x  Indictment Count 1 of indictment read.
 x   Defendant pleads  x Guilty to Count 1 of indictment  __Not guilty to counts_____.
 x   Defendant agrees with facts contained in forfeiture allegation.
 x   PLEA AGREEMENT will filed be in the record. Sealed Supplement was returned to the AUSA to maintain.
 x   Jury trial set for August 30, 2016 is SET ASIDE and CANCELLED as to this defendant.
     Copy of presentence report not requested. __Court received Presentence Report.
 x   Court orders a Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.
     Defendant to remain on bond, and on conditions of release.
 x   Defendant remanded to custody.

Case continued until November 7, 2016 at 11:30 a.m. at Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

T I C: 25 min.                                                    Initials of Deputy Clerk gld